FILED

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
MARK BUCKNER PULLIN

FILED

AUG 10 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Mark Buckner Pullin has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Pullin's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Pullin passed the MPRE in 1985 when seeking admission to the practice of law in California. Pullin was admitted to the California State Bar. The petition states that Pullin has practiced since 1985 and that "he has never been the subject of any ethical or disciplinary inquiry by the military, the State of California, or any of Petitioner's employers." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Mark Buckner Pullin to waive the three-year test requirement for the MPRE for purposes of Pullin's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 10 day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices